ACCEPTED
07-15-00083-CV
SEVENTH COURT OF APPEALS
AMARILLO, TEXAS
9/21/2015 4:32:28 PM
Vivian Long, Clerk

07-15-00083-CV

COURT OF APPEALS FOR THE
SEVENTH DISTRICT OF TEXAS
Amarillo, Texas

FILED IN
7th COURT OF APPEALS
AMARILLO, TEXAS
9/21/2015 4:32:28 PM
VIVIAN LONG
CLERK

**MARK P. HARDWICK, INDIVIDUALLY AND D/B/A
MARK P. HARDWICK OIL AND GAS PROPERTIES AND
MARK P. HARDWICK, LLC**

*Defendants - Appellants,*

**v.**

**SMITH ENERGY COMPANY, ON ITS OWN BEHALF AND ON BEHALF
OF SMITH ENERGY RESOURCE OIL, LTD., A TEXAS PARTNERSHIP, AND
ON BEHALF OF SMITH ENERGY PARTNERS I, LTD.,
A TEXAS LIMITED PARTNERSHIP**

*Plaintiff - Appellee.*

**APPELLEE'S UNOPPOSED MOTION FOR
EXTENSION OF TIME TO FILE APPELLEE'S BRIEF**

TO THE HONORABLE SEVENTH COURT OF APPEALS:

Pursuant to Texas Rule of Appellate Procedure 10.5(b), Appellee Smith Energy Company, on its own behalf and as the General Partner of Smith Energy Resource Oil, Ltd., a Texas Limited Partnership, ("SERO") and as General Partner of Smith Energy Partners I, Ltd., a Texas Limited Partnership, ("SEP I") and as the party authorized to bring suit on behalf of interested parties who have been damaged

by Defendants' acts and omissions,[1] ("Plaintiff" or "Smith Energy" or "Smith") moves to extend the time to file its Appellee's Brief and shows the following:

**I.**

Appellee's Brief is due on October 9, 2015. Appellee seeks an extension of this deadline by 32 days, making the brief due on Tuesday, November 10, 2015.

**II.**

An extension of the deadline for filing the Appellee's Brief is needed because of conflicts with other matters counsel is presently involved. For example, Appellee's counsel is assisting Rice University respond to Open Records Requests over the next several months. The Rice University Police Department only recently became subject to these requests, and the deadlines for filing letters requesting opinions from the Texas Attorney General's office arise with little notice, are numerous and varied, and are not extendable. Appellee's counsel is presently aware of letter filing deadlines on September 22nd and 25th, and October 2nd, 6th and 13th. Appellee's counsel believes that the likelihood is high that there will be additional nonmovable deadlines for filings with the Texas Attorney General within the next month. Appellee's counsel is also set for trial on October 5, 2015 in Cause No. 2012-31192, *Johnny Doe, et al. v. Camp LaJunta, 1928, LP, et al.*, in the 333rd

---

[1] Smith Energy has received assignment of claims.

2

Judicial District Court of Harris County, Texas with the pretrial conference and exchange of pretrial materials due on September 28, 2015.

## III.

This motion is Appellee's first request to extend the time for filing its Appellee's Brief.

## IV.

Appellant is unopposed to this motion.

## V.

This motion is made in good faith and not solely for purposes of delay.

## VI.

Appellee Smith Energy requests that the motion be granted and that the Court establish Tuesday, November 10, 2015, as the deadline for filing their Appellee's Brief.

Respectfully submitted,

RUSTY HARDIN & ASSOCIATES, LLP

_____
Lara Hudgins Hollingsworth
State Bar No. 00796790
Rusty Hardin
State Bar No. 08972800

3

Ryan K. Higgins
State Bar No. 24007362
Carolyn P. Courville
State Bar No. 24007042
5 Houston Center
1401 McKinney, Suite 2250
Houston, Texas 77010
lhollingsworth@rustyhardin.com
rhardin@rustyhardin.com
rhiggins@rustyhardin.com
ccourville@rustyhardin.com
Telephone: (713) 652-9000
Facsimile: (713) 652-9800

*Attorneys For Appellee Smith Energy*

## CERTIFICATE OF CONFERENCE

Appellee's counsel has conferred with Appellants' counsel and they are not opposed to the filing of Appellee's Unopposed Motion for Extension of Time to File Appellee's Brief.

Lara Hudgins Hollingsworth

## <u>CERTIFICATE OF SERVICE</u>

This is to certify that a true and correct copy of Appellee's Unopposed Motion for Extension of Time to File Appellee's Brief has been served in accordance with Texas Rule of Appellate Procedure 9.5 on September 21, 2015:

David M. Gunn                              *By E-Service*
dgunn@beckredden.com
Chad Flores
cflores@beckredden.com
Beck Redden LLP
1221 McKinney, Suite 4500
Houston, Texas 77010-2010
Telephone:  713-951-3700
Facsimile:  713-951-3720


_____
Lara Hudgins Hollingsworth